IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:11-CV-00106-RLV-DSC

| | |
|---|---|
| TERESA LAWLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL GROUP, INC., and )<br>LIBERTY MUTUAL INSURANCE CO., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Parties' Joint Motion and Stipulation. (Doc. 11.) For good cause shown, the motion is granted.

1. Plaintiff shall file an Amended Complaint on or before October 14, 2011.

2. Upon filing of the Amended Complaint, Defendants' Motion to Dismiss the original complaint (Doc. 6), filed August 19, 2011, shall be deemed withdrawn as moot, but without any prejudice to Defendants' right to answer or file a motion to dismiss some or all of the claims in the Amended Complaint.

**IT IS SO ORDERED**.

Signed: October 13, 2011

Richard L. Voorhees
United States District Judge