IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
C.A. No.: 5:11-cv-00106-RLV-DSC

TERESA LAWLEY

      **Plaintiff,**

v.

LIBERTY MUTUAL GROUP,
INCORPORATED AND LIBERTY MUTUAL
INSURANCE COMPANY,

      **Defendants.**

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission Pro Hac Vice of Robert M. Wood" (document #14) filed October 26, 2011. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

  **SO ORDERED.**        Signed: October 26, 2011

                David S. Cayer
                United States Magistrate Judge