# United States District Court
# For The Western District of North Carolina
# Statesville Division

TERESA LAWLEY,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:11CV106

LIBERTY MUTUAL GROUP, INC.,
and LIBERTY MUTUAL INSURANCE CO.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2012, Order.

                                            Signed: September 28, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court